IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM T. CLAYPOOLE** | : |
| | :    **Civil Action No. 1:14-CV-862** |
| | :    **(Judge Kane)** |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **OLD DOMINION FREIGHT** | : |
| **LINE, INC., et al.** | : |
| | : |
| **Defendants** | : |

## O R D E R

**AND NOW,** on this 21st day of November 2014, **IT IS HEREBY ORDERED THAT** the status conference call is **RESCHEDULED** to December 15, 2014, at 1:30 p.m.  Plaintiff's counsel shall initiate this conference call.  The telephone number of the Court is 717-221-3990.  If settlement is reached prior to December 15, 2014, counsel shall notify the Court.  The case management deadline shall remain stayed pending mediation.

     S/ Yvette Kane
     Yvette Kane, District Judge
     United States District Court
     Middle District of Pennsylvania